# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132280

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 132280
                                   COA: 271964
                                   Wayne CC: 05-008641

TYRANT McGEE,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2006

_____
Clerk